UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JESUS TORRES RODRIGUEZ,

Petitioner,

v.

WARDEN,

Respondent.

CAUSE NO. 3:26-CV-1259-CCB-SJF

# ORDER

Immigration detainee Jesus Torres Rodriguez, by counsel, filed a notice indicating that he wishes to voluntarily dismiss his habeas corpus petition without prejudice. (ECF 5.) In the interest of justice, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a). The clerk is **DIRECTED** to close the case.

SO ORDERED on September 1, 2026.

*/s/ Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT